UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FORAS TECHNOLOGIES LTD., *Plaintiff* | § § § | |
| v. | § § | No.  1:23-CV-00640-RP |
| NISSAN MOTOR COMPANY, LTD., ZF FRIEDRICHSHAFEN AG, *Defendants* | § § § § § | |

# ORDER

Before the Court is Defendants Nissan Motor Company, Ltd. and ZF Friedrichshafen AG's Opposed Motion to Stay, Dkt. 41. The District Judge referred the motion to the undersigned for disposition. The Court set the motion for a hearing, Dkt. 49, and after considering the parties' filings, the arguments at the hearing, and the applicable law, the Court announced its ruling, and the reasons for it, on the record. This written order memorializes that ruling.

For the reasons stated on the record, the Court **GRANTS** Defendants' motion to stay, Dkt. 41, and **STAYS** this action pending further order of the Court.

The Court **FURTHER ORDERS** that the parties file quarterly joint status reports apprising the Court of the status of the *inter partes* review and the *ex parte* reexamination of the asserted patents, with the first status report due on or before July 22, 2024.

2

SIGNED May 21, 2024.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE